Certificate Number: 14912-ILN-DE-037134583

Bankruptcy Case Number: 20-01578


14912-ILN-DE-037134583

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 25, 2023</u>, at <u>7:01</u> o'clock <u>PM EST</u>, <u>Danny Tena</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>January 25, 2023</u>

By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>